UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MOLINERO PUENTE,<br><br>         Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>         Respondent. | Case No. 1:23-cv-00083-CDB (HC)<br><br>ORDER DENYING RESPONDENT'S RENEWED APPLICATION TO SEAL<br><br>(Docs. 23, 26)<br><br>**5-Day Deadline** |

Petitioner Victor Molinero Puente ("Petitioner") is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).

On September 23, 2025, the Court denied Respondent's application to seal a document lodged in connection with Respondent's pending motion to dismiss because the application suffered from a variety of deficiencies. *See generally* (Doc. 25).

Pending before the Court is Respondent's apparent remedial filing responsive to the Court's order directing Respondent to file a renewed application to seal that remedies the previously noted deficiencies. (Doc. 26).

The problem with Respondent's filing is that it does not, in fact, remedy all the noted deficiencies. Specifically, in its order denying Respondent's original application to seal, the Court noted: "in the Request to Seal, Respondent neither cites authority nor offers substantive argument –

1

aside from noting that the document sought to be sealed contains non-public information – in support of demonstrating that the balance of factors under *Oregonian Publ'g* warrants sealing of the final order of removal. [citation omitted] … Among other things, Respondent fails to address (or even acknowledge as a possible alternative) whether partial redaction of the document sought to be sealed would appropriately accommodate public access to court records while protecting the compelling interest identified." (Doc. 25 at 2).

Respondent has failed to lodge a renewed application with a Request to Seal that addresses the deficiency noted above. Accordingly, the Court will afford Respondent one final opportunity to lodge (consistent with Local Rule 141) a complete application to seal, including a Request to Seal that remedies the deficiency.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that Respondent's application to seal (Docs. 24, 26) is DENIED WITHOUT PREJUDICE.

It is FURTHER ORDERED that, within five (5) days of entry of this order, Respondent shall file a renewed application to seal that remedies the deficiencies noted herein consistent with Local Rule 141.

Any failure by Respondent to timely comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: __October 2, 2025__                    _____
                                              UNITED STATES MAGISTRATE JUDGE