UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MOLINERO PUENTE,<br><br>            Petitioner,<br><br>       v.<br><br>WARDEN,<br><br>            Respondent. | Case No.: 1:23-cv-00083-CDB (HC)<br><br>ORDER DISCHARGING OCTOBER 27, 2025, SHOW CAUSE ORDER<br><br>(Doc. 31) |

Petitioner Victor Molinero Puente ("Petitioner") is a federal prisoner proceeding pro se and *in forma pauperis* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).

On June 23, 2025, because the Court found Petitioner's petition properly cognizable under § 2241, and the Court has jurisdiction to proceed to the merits of the petition, the Court directed Respondent to file a response addressing the merits or seeking dismissal of the petition within 60 days of the date of service of the order. (Doc. 10 at 2-3). Petitioner was ordered therein to file a traverse, if any, on or before 30 days from the date of filing of Respondent's response. *Id.* at 3. The parties were advised that all provisions of Local Rule 110 are applicable to the order. *Id.*; *see* E.D. Cal. Local Rule 110.

After the Court's grant of an extension of time, on September 19, 2025, Respondent timely filed a motion to dismiss the habeas petition. (Doc. 22). Thus, Petitioner's opposition or statement of non-opposition was due on or before October 23, 2025. After Petitioner failed to file either an

opposition or statement of non-opposition to the pending motion, on October 27, 2025, the Court ordered Petitioner to show cause in writing within 14 days of the date of service of the order why this action should not be dismissed for Petitioner's failure to comply with the Local Rules and obey a Court order. (Doc. 31). Petitioner was provided the opportunity to comply with the order in the alternative by filing by that same deadline either an opposition or a statement of non-opposition to the pending motion. *Id.* at 2-3. On November 3, 2025, Petitioner filed a motion for status which was unsigned and dated October 28, 2025. (Doc. 32). In response, the Court granted Petitioner an extension of time within which to respond to the outstanding order to show cause, noting that Petitioner may not yet have received service of the order to show cause when he sent his motion for status. *See* (Doc. 35).

On December 4, 2025, in a filing dated November 26, 2025, the Clerk of the Court docketed Petitioner's opposition to the motion to dismiss. (Doc. 36). Petitioner's filing is timely.

Based on the timeliness of Petitioner's filing, the Court finds good cause to discharge its order to show cause without imposition of sanctions.

**Conclusion and Order**

Accordingly, IT IS HEREBY ORDERED that the October 27, 2025, show cause order (Doc. 31) is DISCHARGED.

Respondent's motion to dismiss is fully briefed and will be addressed by the Court in due course.

IT IS SO ORDERED.

Dated:   **December 5, 2025**                      _____
                                                    UNITED STATES MAGISTRATE JUDGE

2